PROB 12C
(6/16)

Report Date: March 8, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franco Cervantes-Vasquez          Case Number: 0980 2:09CR02048-SAB--2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 25, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 57 months     Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: June 25, 2013 |
| Defense Attorney: | Federal Defender's Office     Date Supervision Expires: June 24, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 14**: The defendant is prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should the defendant reenter the United States, the defendant is required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: On or about February 10, 2017, Franco Cervantes-Vasquez along with five others were located approximately 4 miles east of the Otay Mesa, California Port of Entry, and approximately 300 yards north of the United States/Mexico International Boundary.  Upon questioning, the offender admitted he is a citizen and national of Mexico and illegally present in the United States. A records check revealed the offender failed to obtain permission from the proper authorities to reenter the United States.

According to the U.S. Immigration and Customs Enforcement, the offender was deported to Mexico on June 27, 2013, through New Orleans, Louisiana, and he did not obtain permission to re-enter the United States after being removed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Cervantes-Vasquez, Franco**
**March 8, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/8/2017

Date